## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

H. THOMAS MORAN, II, Receiver of
the Assets of LifeTime Capital, Inc. and
Certain Affiliated Persons and Entities

                                            Case No. C-3-05-072

                     Plaintiff,

-vs-

                                            Judge Thomas M. Rose

DAVID W. SVETE,                           Magistrate Judge Sharon L. Ovington

                     Defendant.

---

AMENDED
**ENTRY AND ORDER OVERRULING SVETE'S OBJECTION (Doc. #157) TO
MAGISTRATE JUDGE OVINGTON'S NOTATION ORDER GRANTING PRO HAC
VICE STATUS TO ATTORNEY D. BENHAM KIRK JR.**

---

On May 31, 2011, Magistrate Judge Sharon L. Ovington notate granted a Motion for
Leave To Appeal Pro Hac Vice submitted by attorney D. Benham Kirk, Jr. Defendant David W.
Svete ("Svete") has objected to this "Notation Order." The time has run and no response to
Svete's Objection has been filed. Svete's Objection is, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the
District Judge has made a de novo review of the record in this case including Svete's Objection
to the Magistrate Judge's Notation Order. Upon said review, the Court finds that Svete's
Objection to the Magistrate Judge's Notation Order is not well-taken, and is hereby
OVERRULED.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Seventh day of July, 2011.

**s/Thomas M. Rose**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Mr. David W. Svete at his last address of record