# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

H. THOMAS MORAN, II RECEIVER

        Plaintiff,

-vs-                                  Case No. 3:05-cv-72

DAVID W. SVETE

                                        District Judge Thomas M. Rose

        Defendant

_____

### ENTRY AND ORDER VACATING THE COURT'S PREVIOUS ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 179).
_____

The Defendant has timely filed an Objection (Doc. 180) to the Magistrate Judge's previous Order and Report and Recommendations (Doc. 178). The Court hereby vacates its previous Order adopting the Report and Recommendations of the Magistrate Judge (Doc. 179). The Court will reconsider the Magistrate Judge's Order and Report and Recommendations in light of the Defendant's Objections (Doc. 180) and any subsequent replies filed by Plaintiff.

      IT IS SO ORDERED.

March 13, 2012                                      *s/THOMAS M. ROSE*

_____        _____
Dated                                                        THOMAS M. ROSE
                                                           UNITED STATES DISTRICT JUDGE