## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THOMAS MORAN, II, | : | Case No. 3:05-cv-72 |
| Plaintiff, | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| - vs - | : | |
| DAVID W. SVETE, *et al.*, | : | |
| Defendants. | : | |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S "EMERGENCY MOTION FOR STAY AND/OR CONTINUANCE" (DOC. #184)

Now before the Court is Defendant David W. Svete's "Emergency Motion for Stay and/or Continuance" (doc. #184) filed on March 23, 2012. Defendant, who appears *pro se* and is incarcerated, moves the Court to stay this case for ninety days based upon his representation that (1) he has been designated to be transferred to a different correctional facility (but has not yet been transferred), and (2) he is temporary disabled because of an injury that may, at a later date, require surgery. *Id*. Other than a one-sentence verification attached to the end of his motion, Defendant has submitted no evidence in support of his request to put this case on hold for ninety days.

Having fully considered Defendant's request, the Court finds that, without supporting documentation demonstrating otherwise, completely halting these proceedings is unwarranted. Accordingly, Defendant's "Emergency Motion for Stay and/or Continuance" (doc. #184) is **DENIED WITHOUT PREJUDICE**. Defendant may re-file his request with specific, supporting documentation regarding his transfer and/or injury and proof of same.

2

**IT IS SO ORDERED.**


Date: March 27, 2012                                      **\*s/Thomas M. Rose**
                                                          _____
                                                          Thomas M. Rose
                                                          United States District Judge