**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

H. THOMAS MORAN, II,

        Plaintiff,              :      Case No. 3:05-CV-72

    -vs-

                                   Judge Thomas M. Rose
                                   Magistrate Judge Michael J. Newman

DAVID W. SVETE, *et.al.,*

        Defendants.          :

---

**ORDER**

---

This matter is before the Court upon its receipt of a June 29, 2012 Order, from the Sixth Circuit Court of Appeals, which (1) clarifies that Defendant David W. Svete filed a Notice of Bankruptcy in the Northern District of California (Case No. 9:12-11696-RR); (2) holds the Sixth Circuit case in abeyance; and (3) directs Defendant to file a status report with the Sixth Circuit every sixty days beginning August 30, 2012.

Pursuant to that June 29th Order, and for good cause shown, the Court **ORDERS** as follows: (1) this case is held in abeyance and **STAYED** pending resolution of Defendant's bankruptcy filing; and (2) Defendant shall file, in this Court, every **SIXTY (60) DAYS BEGINNING AUGUST 30, 2012,** a status report setting forth in detail the status of his bankruptcy case. Defendant is **ADVISED** that his failure to timely file such status reports may subject him to sanctions.

The Clerk of Courts is **ORDERED** to administratively process this case pending further

Order of the Court.

**IT IS SO ORDERED.**

July 5, 2012                                              s/**Michael J. Newman**
                                                         United States Magistrate Judge