UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THOMAS MORAN, II, | : | |
| in his Capacity as Receiver of | | |
| the Assets of Lifetime Capital, | : | Civil Action No. 3:05-cv-72 |
| Inc. and Certain Affiliated Persons | | |
| and Entities, | : | |
| | | District Judge Thomas M. Rose |
| Plaintiff, | : | Magistrate Judge Michael J. Newman |
| | | |
| vs. | : | |
| | | |
| DAVID W. SVETE, *et al.*, | : | |
| | | |
| Defendants. | : | |

## ORDER

On January 23, 2013, the Court issued a Show Cause Order directing Plaintiff to file a status report by March 15, 2013 which addresses: (1) whether or not he participated in Defendant's bankruptcy action, filed in the United States Bankruptcy Court for the Northern District of California as Case No. 9:12-11696-RR; (2) the impact, if any, of Defendant's bankruptcy on the above-captioned matter; (3) the impact, if any, of the Discharge of Debtor Order issued by the Bankruptcy Court on November 15, 2012 (*see* PageID 2296); and (4) how he intends to proceed with this matter hereafter.  Doc. 197.

On March 15, 2013, Plaintiff filed a status report in which he requests additional time to comply with the Show Cause Order.  Doc. 199.  Notably, Plaintiff avers that local bankruptcy counsel in California has been retained, and that "if any further action is necessary with respect to Defendant's bankruptcy, such action will be commenced within sixty days."  *Id*. at PageID 2304.

Accordingly, and for good cause shown, the Court **GRANTS** Plaintiff's request for an extension, and **ORDERS** Plaintiff to comply with the Court's January 23, 2013 Show Cause Order no later than **May 17, 2013**.  This case **REMAINS STAYED** in the interim.

**IT IS SO ORDERED.**

March 21, 2013                                                                              **s/ Michael J. Newman**
                                                                                             United States Magistrate Judge