# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THOMAS MORAN, II, in his Capacity as Receiver of the Assets of Lifetime Capital, Inc. and Certain Affiliated Persons and Entities, | : : : : | Civil Action No. 3:05-cv-72 |
| Plaintiff, | : | District Judge Thomas M. Rose Magistrate Judge Michael J. Newman |
| vs. | : | |
| DAVID W. SVETE, *et al.*, | : | |
| Defendants. | : | |

# ORDER

For good cause shown, the May 17th date referenced in the Court's March 21, 2013 Order (doc. 200) is **EXTENDED**, and Plaintiff shall have **AN ADDITIONAL THIRTY (30) DAYS** in which to file a status report.  That status report, which shall be filed on or before **JUNE 21, 2013**, shall address: (1) whether or not he participated in Defendant's bankruptcy action, filed in the United States Bankruptcy Court for the Northern District of California as Case No. 9:12-11696-RR; (2) the impact, if any, of Defendant's bankruptcy on the above-captioned matter; (3) the impact, if any, of the Discharge of Debtor Order issued by the Bankruptcy Court on November 15, 2012 (*see* PageID 2296); and (4) how he intends to proceed with this matter hereafter. *See* doc. 200 at PageID 2307.

Plaintiff is **ADVISED** that his failure to comply with this Order may be cause for the Court to impose sanctions.  Said sanctions may include, *inter alia*, the dismissal of this case.

**IT IS SO ORDERED.**

May 21, 2013                                         **s/ Michael J. Newman**
                                                              United States Magistrate Judge