IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

H. THOMAS MORAN, II,
in his Capacity as Receiver of
the Assets of Lifetime Capital, Inc.
and Certain Affiliated Persons
and Entities,

       Plaintiff,

vs.

DAVID W. SVETE,

       Defendant.

Case No.: 3:05-cv-72

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 215)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 215), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in full. It is therefore **ORDERED** that the Receiver's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

Date: 6/18/2014

*s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE